■ WILLIAMSVILLE CENTRAL SCHOOL DISTRICT, Respondent, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Appellant.—Order unanimously affirmed without costs. Memorandum: To be entitled to summary judgment with respect to its fourth affirmative defense and counterclaim, defendant was obligated to establish, by proof in admissible form, that it

retained no interest in the property for which plaintiff seeks payment of Tax Revenue Impact Payments *(see, Williamsville Cent. School Dist. v New York State Urban Dev. Corp.,* 142 AD2d 981; *see also,* McKinney's Uncons Laws of NY § 6253 [8]; § 6255 [29] [New York State Urban Development Corporation Act § 3 (8); § 5 (29); L 1968, ch 174, § 1, as amended]). We find that defendant failed to meet that burden, and summary judgment was properly denied. (Appeal from Order of Supreme Court, Erie County, Wolfgang, J.—Summary Judgment.) Present—Dillon, P. J., Callahan, Denman, Green and Lowery, JJ.